| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 5:14CR50065-002 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-CR-00136-MWC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| ALBERTO GONZALEZ | Western District of Arkansas | Fayetteville Division |
| [address redacted] | NAME OF SENTENCING JUDGE | |
| | P.K. Holmes, III, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/13/2024 — TO 12/12/2029 |

FILED
CLERK, U.S. DISTRICT COURT
3/3/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC  DEPUTY

**OFFENSE**

Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846

Possession with Intent to Distribute more than 500 Grams of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Gonzalez was born and raised in California. He committed his offense in Arkansas, but he has no ties to Arkansas. Additionally, the Central District of California recently reported an instance of noncompliance and requested a transfer of jurisdiction.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Western  DISTRICT OF  Arkansas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Central District of California  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 21, 2025
*Date*

/s/ *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Central  DISTRICT OF  California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 3, 2025
*Effective Date*

Dolly M. Gee
*United States District Judge*